UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARTURO TORRES OCHOA, | Case No. 3:13-cv-00261-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| A. JAMISON et al., | |
| Defendants. | |

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, *see* 28 U.S.C. § 1915(h), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. The Court dismisses this action because plaintiff did not pay the filing fee, nor did he submit an application to proceed *in forma pauperis* with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. Based upon review of the file, it does not appear that a dismissal without prejudice would materially affect the timeliness of a promptly filed new action.[1]

IT IS THEREFORE ORDERED that the Clerk of the Court shall send plaintiff a blank form for an application to proceed *in forma pauperis* for incarcerated litigants and a blank civil rights complaint form with instructions.

---

[1] Plaintiff alleges that the events occurred on May 7-10, 2013. The two-year period of limitation applicable to civil rights actions pursuant to 42 U.S.C. § 1983 will not expire for more than a year and a half. *See* Nev. Rev. Stat. § 11.190(4)(e). *See also Perez v. Seevers*, 869 F.2d 425, 426 (9th Cir. 1989) (per curiam).

1  IT IS FURTHER ORDERED that this action is DISMISSED without prejudice to plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall enter judgment accordingly.

DATED THIS 1st day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice to plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall enter judgment accordingly.

DATED THIS 1st day of July 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2