AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

ARTURO TORRES OCHOA,

     Plaintiff,

V.

A. JAMISON, et al.,

     Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:13-cv-00261-MMD-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice to plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account.

July 2, 2013

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk